# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATERAL LINK GROUP, LLC, a California Limited Company,<br><br>            Plaintiff,<br><br>       v.<br><br>HABEAS CORP., a Delaware corporation doing business as LATERAL.LY, et al.,<br><br>            Defendants. | CASE NO. 14-CV-05695 JAK (JEMx)<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |
| HABEAS CORP. dba LATERAL.LY, a Delaware corporation, et al.,<br><br>            Counter-Claim Plaintiffs,<br><br>       v.<br><br>LATERAL LINK GROUP, LLC, a California Limited Liability Company, et al.,<br><br>            Counter-Claim Defendants. | Judge:      Hon. John A. Kronstadt<br>Time:       n/a<br>Date:       n/a<br>Courtroom: 10B, 350 W. First Street |

Mitchell Silberberg & Knupp LLP

9029455.1

**[PROPOSED] ORDER**

# [PROPOSED] ORDER

Having considered the Stipulation for Dismissal of Claims and Counterclaims With Prejudice filed pursuant to Rule 41 of the Federal Rules of Civil Procedure by Plaintiff/Counterclaim Defendant Lateral Link Group, LLC and Counterclaim Defendant Michael Allen ("Lateral Link"), and Defendants and Counterclaim Plaintiffs Habeas Corp. d/b/a Latera.ly and Micah Springut ("Defendants") (collectively, the "Parties" or individually, a "Party"), the Court orders as follows:

(1)  The operative Second Amended Complaint (Dkt. No. 239) of Lateral Link Group, LLC, and all remaining claims therein, are hereby DISMISSED WITH PREJUDICE.

(2)  Defendants' operative Amended Counterclaims (Dkt. No. 146), and all remaining counterclaims therein, are hereby DISMISSED WITH PREJUDICE.

No Party shall file any motion or application for attorney's fees or costs in connection with this action. The Parties waive any right to appeal any Order entered by the Court in this action.

**IT IS SO ORDERED.**

DATED: _____

                                          Honorable John A. Kronstadt
                                        United States District Judge