UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATERAL LINK GROUP, LLC, a California Limited Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HABEAS CORP., a Delaware corporation doing business as LATERAL.LY, et al.,<br><br>　　　　　Defendants.<br><br>HABEAS CORP. dba LATERAL.LY, a Delaware corporation, et al.,<br><br>　　　　　Counter-Claim Plaintiffs,<br><br>　　v.<br><br>LATERAL LINK GROUP, LLC, a California Limited Liability Company, et al.,<br><br>　　　　　Counter-Claim Defendants. | CASE NO. 14-CV-05695 JAK (JEMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br><br>**JS-6** |

**ORDER**

Mitchell Silberberg & Knupp LLP

9029455.1

Having considered the Stipulation for Dismissal of Claims and Counterclaims With Prejudice filed pursuant to Rule 41 of the Federal Rules of Civil Procedure by Plaintiff/Counterclaim Defendant Lateral Link Group, LLC and Counterclaim Defendant Michael Allen ("Lateral Link"), and Defendants and Counterclaim Plaintiffs Habeas Corp. d/b/a Latera.ly and Micah Springut ("Defendants") (collectively, the "Parties" or individually, a "Party"), the Court orders as follows:

(1)   The operative Second Amended Complaint (Dkt. No. 239) of Lateral Link Group, LLC, and all remaining claims therein, are hereby DISMISSED WITH PREJUDICE.

(2)   Defendants' operative Amended Counterclaims (Dkt. No. 146), and all remaining counterclaims therein, are hereby DISMISSED WITH PREJUDICE.

(3)   The following matters set for July 31, 2017 are VACATED: Defendant's Motion to Strike (Dkt. 297), Plaintiff's Motion to Strike (Dkt. 298), Trial Setting Conference. The following matters set for September 25, 2017 are VACATED: Plaintiff's Motion for an Order of Contempt and Sanctions (Dkt. 316) and Motion.

No Party shall file any motion or application for attorney's fees or costs in connection with this action. The Parties waive any right to appeal any Order entered by the Court in this action.

**IT IS SO ORDERED.**

DATED: July 25, 2017

_____
Honorable John A. Kronstadt
United States District Judge